# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRISTOPHER R. SANDLIN**                                                                **PLAINTIFF**
**ADC #136830**

**V.**                          **No. 2:10CV00151-SWW-BD**

**LEE WILLIAMS, JR.**                                                                      **DEFENDANT**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's motion for preliminary injunctive relief (docket entry #28) is hereby DENIED, this 24th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE