**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CHRISTOPHER R. SANDLIN,
ADC # 136830**                                                                                   **PLAINTIFF**

V.                           **NO. 2:10CV00151-SWW-BD**

**LEE WILLIAMS, JR.**                                                                         **DEFENDANT**

## ORDER

Summons as to Defendant Lee Williams, Jr., issued on January 14, 2011, and forwarded by the United States Marshal Service to Defendant via certified mail to the street address as provided by Plaintiff, has been returned unexecuted with a notation that the mail was "refused." (Docket entry #44)

The Clerk of Court is directed to reissue a summons for Defendant Williams at the street address as provided by Plaintiff in Docket Entry #31, and the United States Marshal Service is directed to serve copies of the Complaint with any attachments (#2), and the summons, upon Defendant, in person, without prepayment of fees and costs or security.

DATED this 3rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE