IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER R. SANDLIN,
ADC # 136830                                                                    PLAINTIFF

V.                              No. 2:10CV00151 SWW-BD

LEE WILLIAMS, JR.                                                               DEFENDANT

## ORDER

Plaintiff Christopher R. Sandlin has moved to voluntarily dismiss this case without prejudice. (Docket entry #54) For good cause, the motion (#54) is GRANTED. Mr. Sandlin's claims against Defendant Williams are DISMISSED without prejudice. The Partial Recommended Disposition dated February 23, 2011, is now moot. The Clerk is directed to close this case.

IT IS SO ORDERED this 21st day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE